UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA STUART ROBINSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON,<br><br>                    Defendant. | CASE NO. C15-1861-RAJ<br><br>ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's IFP application is DENIED pursuant to 28 U.S.C. § 1915(e)(2)(B), and this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted; and

(3)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 23rd day of December, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court

ORDER DENYING IN FORMA PAUPERIS
REQUEST AND DISMISSING CASE
PAGE - 1